Certificate Number: 20102-OR-CC-039338789



20102-OR-CC-039338789

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 13, 2025, at 6:27 o'clock PM EST, Patrick McTiernan received from 1stopbk.com Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the District of Oregon, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 13, 2025                          By:      /s/Marcy Walter

                                                   Name:   Marcy Walter

                                                   Title:   President-Manager

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).