United States Bankruptcy Court
District of Oregon

In re:  Case No. 25-30466-pcm
Patrick John McTiernan  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3      User: admin      Page 1 of 2
Date Rcvd: May 19, 2025      Form ID: D7C      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick John McTiernan, 2590 NW Upshur St., Apt. 203, Portland, OR 97210-2159 |
| 102764685 | + | Casey English, 11511 NE Morris St., Unit B, Portland, OR 97220-1720 |
| 102764686 | | Cavalry SPV I, LLC, PO Box C-90006, Bellevue, WA 98009 |
| 102764690 | + | Equitable Finance Co., 3226 Washington Blvd., Ogden, UT 84401-3913 |
| 102764695 | + | Law Office of William D. Schaub, P.C., 1730 SW Skyline Blvd., Suite 102, Portland, OR 97221-2547 |
| 102764700 | | Suttell Hammer & White, P.S., Attn: Nicholas R. Filer, Attorney, PO Box C-90006, Bellevue, WA 98009 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | May 19 2025 23:40:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | May 20 2025 03:29:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | May 19 2025 23:40:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | May 19 2025 23:30:33 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| 102764683 | | EDI: CAPONEAUTO.COM | May 20 2025 03:29:00 | Capital One Auto Finance, PO Box 259407, Plano, TX 75025-9407 |
| 102764684 | + | EDI: CAPITALONE.COM | May 20 2025 03:29:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 102764687 | + | Email/Text: bankruptcy.notifications@fisglobal.com | May 19 2025 23:40:00 | Chex Systems, Inc., 7805 Hudson Road, Ste 100, Saint Paul, MN 55125-1595 |
| 102764688 | | EDI: CCS.COM | May 20 2025 03:29:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 102764689 | + | EDI: MAXMSAIDV | May 20 2025 03:29:00 | Dept of Ed/Aidvantage, 1891 Metro Center Dr., Reston, VA 20190-5287 |
| 102764691 | + | EDI: BLUESTEM | May 20 2025 03:29:00 | Fingerhut/Webbank, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 102764692 | + | Email/Text: argbsref@geico.com | May 19 2025 23:40:00 | GEICO General Insurance Co., One GEICO Plaza, Washington, DC 20076-0005 |
| 102764693 | | EDI: IRS.COM | May 20 2025 03:29:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 102764694 | + | EDI: JPMORGANCHASE | May 20 2025 03:29:00 | JP Morgan Chase Bank NA, PO Box 659754, San Antonio, TX 78265-9754 |
| 102764696 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2025 23:34:13 | LVNV Funding LLC, c/o Resurgent Capital |

Case 25-30466-pcm7    Doc 20    Filed 05/21/25

| District/off: 0979-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: D7C | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | | Services L.P., PO Box 1269, Greenville, SC 29602-1269 |
| 102764697 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 19 2025 23:33:57 | Merrick Bank, PO Box 9201, 10705 S Jordan Gateway, Suite 200, Old Bethpage, NY 11804-9001 |
| 102764698 | + EDI: ORREV.COM | May 20 2025 03:29:00 | ODR Bankruptcy Unit, 955 Center St NE Rm 353, Salem, OR 97301-2555 |
| 102764699 | EDI: PRA.COM | May 20 2025 03:29:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd. Ste. 100, Norfolk, VA 23502 |
| 102764701 | + EDI: SYNC | May 20 2025 03:29:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 102764702 | + Email/Text: ufco@unitedfinance.com | May 19 2025 23:40:00 | United Finance Co., Attn: Roger Lloyd, 515 E. Burnside St., Portland, OR 97214-1183 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025        Signature:        /s/Gustava Winters

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

**F I L E D**

May 16, 2025

Clerk, U.S. Bankruptcy Court

U.S. Bankruptcy Judge

**Below is an order of the Court.**

D7C (9/28/21)

## UNITED STATES BANKRUPTCY COURT
### District of Oregon

In re
**Patrick John McTiernan,** xxx–xx–3926
Debtor(s)

Case No. **25–30466–pcm7**

CHAPTER 7 ORDER DISCHARGING DEBTOR(S), DISCHARGING TRUSTEE, AND CLOSING CASE

The court finds the debtor filed a petition under title 11, United States Code, on 2/14/25 and the trustee has filed a report of no assets and performed all other administrative duties as required and, therefore,

IT IS ORDERED that:

1. Pursuant to 11 U.S.C. § 727, the debtor is hereby granted a discharge.

2. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

3. The trustee is discharged as trustee of the debtor's estate.

4. This case is closed.

###

**Explanation of Bankruptcy Discharge in a Chapter 7 Case** (the following information provides a general explanation and does not constitute an order of the court):

A chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt covered by the discharge. Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtor's personal liability for debts owed before the debtor's bankruptcy case was filed. Also, if this case began under a different chapter of the Bankrupcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

No one may make any attempt to collect a discharged debt from the debtor personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorneys' fees.

Moreover, in a case involving community property, special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Page 1 of 2**

However, not all debts are discharged. Some of the common types of debts that are not discharged are:

- (a) debts covered by an enforceable reaffirmation agreement;
- (b) debts for domestic support obligations;
- (c) debts for most student loans;
- (d) debts for most taxes;
- (e) debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- (f) debts for most fines, penalties, forfeitures, or criminal resititution obligations;
- (g) some debts which the debtor did not properly list;
- (h) debts for death or personal injury caused by operating a vehicle while intoxicated;
- (i) debts for certain types of loans owed to pension, profit sharing, stock bonus or retirement plans; and
- (j) debts to a spouse or former spouse for property settlement.

Additionally, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

Furthermore, per 11 U.S.C. § 524(f), a discharge order does not prevent debtors from paying any debt voluntarily, and this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

**Page 2 of 2**